UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID R. BOHANAN, ) <br> Individually and as Executor ) <br> of the Estate of Doris W. Bohanan, ) <br>   ) <br> Plaintiff ) <br>   ) <br> v. ) <br>   ) <br> GENERAL ELECTRIC CAPITAL ) <br> ASSURANCE COMPANY, ) <br>   ) <br> Defendant ) <br>   ) | CIVIL ACTION NO. <br><br> **03-40259** |

FILED IN CLERK'S OFFICE
2003 NOV 24 A 9:02
U.S. DISTRICT COURT
DISTRICT OF MASS.

**NOTICE OF REMOVAL FROM THE
SUPERIOR COURT OF THE
COMMONWEALTH OF MASSACHUSETTS
IN AND FOR WORCESTER COUNTY**

TO THE HONORABLE JUSTICE OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS:

Defendant General Electric Capital Assurance Company ("GECAC"), respectfully represents the following:

1. Plaintiff David R. Bohanan ("Bohanan") commenced the above entitled action in the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts, Worcester Division, by filing in said Court a Verified Complaint, his initial pleading, setting forth the claim for relief on which the action is based. A copy of said Verified Complaint is filed herewith and attached hereto.

2. GECAC was served with copies of the Verified Complaint and Summons in the Superior Court action on November 4, 2003. A copy of the Summons showing a service date on

FILING FEE PAID
RECEIPT #_____
AMOUNT $_____
BY DPTY CLK_____
DATE_____

GECAC of November 4, 2003 is filed herewith and attached hereto. Accordingly, this Notice of Removal is filed in this Court within 30 days after the receipt by GECAC of a copy of the initial pleading setting forth the claim for relief upon which the action is based. The time for filing this Notice of Removal under the applicable Statute of the United States, 28 U.S.C. §1446(b), therefore, has not yet expired.

3. This action is of a civil nature and the amount in controversy, exclusive of interest and costs, exceeds $75,000, to wit: in a three count Verified Complaint alleging breach of contract, negligent representation, and violation of M.G.L. Chapter 93A §§ 2 and 9, Plaintiff Bohanan claims damages of $131,775 under an insurance policy, plus treble damages pursuant to M.G.L. Chapter 93A §§ 2 and 9. See Bell v. Preferred Life Assurance Society, 320 U.S. 238, 240 (1943) ("Where both actual and punitive damages are recoverable under a complaint each must be considered to the extent claimed in determining jurisdictional amount.").

4. The action involves a controversy which is wholly between citizens of different states. Plaintiff Bohanan is, and was at the time of the commencement of said action, a citizen of Worcester County, Massachusetts. Defendant GECAC is, and was at the time of the commencement of said action, a corporation duly organized under the laws of the State of Delaware and having at said time its principal place of business in the State of Virginia. Defendant GECAC is, and was at the time of the commencement of said action, therefore, a citizen of both the State of Delaware and the State of Virginia and not a citizen of the Commonwealth of Massachusetts. There are no other defendants.

5. True and complete copies of this Notice of Removal will be filed with the Clerk of the Superior Court of Worcester County, Massachusetts as provided by law.

6. As stated above there is filed herewith, and by reference made a part hereof, a true and correct copy of all process and pleadings served upon GECAC in this action. Also filed with this Notice of Removal and attached hereto is a copy of the Civil Action Cover Sheet filed in the Worcester Superior Court.

WHEREFORE, the Defendant General Electric Capital Assurance Company prays that it may effect the removal of this action from the Courts of the Commonwealth of Massachusetts to this Court pursuant to Title 28, United States Code, Sections 1332, 1441, and 1446.

>GENERAL ELECTRIC CAPITAL
>ASSURANCE COMPANY,
>
>By its attorney,
>
>Stephen A. Roach, BBO # 542138
>ROACH & WISE, LLP
>31 State Street, 8th Floor
>Boston, Massachusetts 02109-2705

### CERTIFICATE OF SERVICE AND VERIFICATION

I, Stephen A. Roach, Attorney for the Defendant, General Electric Capital Assurance Company, hereby verify and declare under the penalties of perjury, pursuant to 28 U.S.C. §1746, that the foregoing is true and correct and further certify that on November 21, 2003, I served the Plaintiff with the within document by causing a copy of same to be mailed to the Plaintiff, who is acting pro se, by first class mail.

>Stephen A. Roach

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

03-40259

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

David R. Bohanan

## DEFENDANTS

General Electric Capital Assurance Company

FILED
IN CLERKS OFFICE
2003 NOV 24 A 4:01

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Worcester
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

David R. Bohanan
286 Boston Road
Sutton, MA 01590
Telephone: (508) 865-7352

ATTORNEYS (IF KNOWN)

Stephen A. Roach, BBO #542138
ROACH & WISE, LLP
31 State St., Boston, MA 02109
Telephone: (617) 723-2800

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury — Product Liability | | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| | ☐ 360 Other Personal Injury | | | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 U.S.C. Sections 1332, 1441, 1446. Diversity action brought by Massachusetts citizens against a Delaware insurance company for breach of contract, negligent misrepresentation and violation of Chapter 93A with regard to an accidental death insurance policy.

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ 131,775

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____  DOCKET NUMBER _____

DATE: November 21, 2003

SIGNATURE OF ATTORNEY OF RECORD: /s/ Stephen A. Roach

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

**03-40259**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) __David R. Bohannan v.__
   __General Electric Capital Assurance Company__     IN CLERK'S OFFICE

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   2003 NOV 24  A 9: 01

   U.S. DISTRICT COURT

   — I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   — II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,  *Also complete AO 120 or AO 121
          740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.     for patent, trademark or copyright cases

   X III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
          315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
          380, 385, 450, 891.

   — IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
          690, 810, 861-865, 870, 871, 875, 900.

   — V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.
   None

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
   YES      (NO) X

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)
   YES      (NO) X

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
   YES      NO  Not Applicable

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?
   YES      (NO) X

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).
   (YES) X      NO

   A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?
      EASTERN DIVISION     (CENTRAL DIVISION)     WESTERN DIVISION

   B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?
                                                Not Applicable
      EASTERN DIVISION     CENTRAL DIVISION      WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Stephen A. Roach, Esq.__
ADDRESS __ROACH & WISE, LLP, 31 State St., Boston, MA 02109-2705__
TELEPHONE NO. __(617) 723-2800__

November 21, 2003

(Cover sheet local.wpd - 11/27/00)