UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

03-40259

| | |
|---|---|
| DAVID R. BOHANAN, Individually and as Executor of the Estate of Doris W. Bohanan, | ) ) ) ) |
| Plaintiff | ) ) |
| v. | ) ) |
| GENERAL ELECTRIC CAPITAL ASSURANCE COMPANY, | ) ) ) |
| Defendant | ) ) |

### CERTIFICATE OF NOTICE OF REMOVAL

I, Stephen A. Roach, hereby declare under the penalties of perjury, pursuant to 28 U.S.C. §1746, and acting on behalf of Defendant General Electric Capital Assurance Company in the above entitled action as its attorney, that I have this day notified the Plaintiff in said action that a Notice of Removal of said action from the Superior Court of the Commonwealth of Massachusetts in and for Worcester County was filed on November 24, 2003 in the United States District Court for the District of Massachusetts, Central Division, said notification being made by first class mail to the Plaintiff, David R. Bohanan, 286 Boston Road, Sutton, Massachusetts 01590. I further state and declare that I intend to promptly mail by first class mail a copy of said Notice to the Clerk of the Worcester Superior Court of the Commonwealth of Massachusetts for filing, in accordance with Title 28 U.S.C. §1446(d).

Signed under the penalties of perjury this 21st day of November, 2003.

*[signature]*
Stephen A. Roach, BBO # 542138
ROACH & WISE, LLP
31 State Street, 8th Floor
Boston, Massachusetts 02109-2705

## CERTIFICATE OF SERVICE

I, Stephen A. Roach, Attorney for the Defendant, General Electric Capital Assurance Company, hereby certify that on November 21, 2003, I served the Plaintiff with the within document by causing a copy of same to be mailed to the Plaintiff, who is acting pro se, by first class mail.

*[signature]*
Stephen A. Roach