UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2003 DEC 15 P 12: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DAVID R. BOHANAN, Individually and as Executor of the Estate of Doris W. Bohanan, ) ) ) ) Plaintiff ) ) v. ) ) GENERAL ELECTRIC CAPITAL ASSURANCE COMPANY, ) ) ) Defendant ) ) | CIVIL ACTION NO. 03-40259 |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 Defendant General Electric Capital Assurance Company ("GECAC") states that GECAC is wholly owned as an indirect subsidiary by General Electric Company which is publically traded in the New York Stock Exchange under the symbol GE.

Date: December 12, 2003

GENERAL ELECTRIC CAPITAL
ASSURANCE COMPANY,

By its attorney,

Stephen A. Roach, BBO # 542138
ROACH & WISE, LLP
31 State Street, 8th Floor
Boston, Massachusetts 02109-2705
(617) 723-2800

## CERTIFICATE OF SERVICE

    I, Stephen A. Roach, Attorney for the Defendant, General Electric Capital Assurance Company, hereby certify that on December 12, 2003, I served the Plaintiff with the within document by causing a copy of same to be mailed to the Plaintiff, who is acting pro se, by first class mail.

_____
Stephen A. Roach