UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSTTS

CIVIL ACTION NO.  03-40259-FDS

| | |
|---|---|
| DAVID R. BOHANAN,<br>Individually and as Executor<br>of the Estate of Doris W. Bohanan,<br>plaintiff. | )<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| GENERAL ELECTRIC<br>CAPITAL ASSURANCE<br>COMPANY,<br>            Defendant | )<br>)<br>)<br>)<br>)<br>) |

ASSENTED TO MOTION FOR CONTINUANCE

Now come the parties in this matter and move this Honorable Court to continue the

scheduling conference, currently scheduled for 8/25/04 at 11:30 A.M. to 9/22/04 at 11:30

A.M.  All parties to this matter assent to this continuance.


Plaintiff,

David R. Bohanan

David R. Bohanan
286 Boston Road
Sutton, MA 01590
(508) 865-7352

Defendant, General Electric Capital Assurance
Company
by its counsel

Stephen A. Roach, Esq.
Roach & Wise, LLP
31 State Street
Boston, MA 02109-2705
(617) 723-2800

## Certificate of Service

I hereby certify that I mailed the foregoing via first class mail to Stephen A. Roach, Esq., Roach & Wise, 31 State Street, Boston, MA 02109-2705 on the _17th_ day of August, 2004.


_____

David R. Bohanan