UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-40259-FDS

DAVID R. BOHANAN,
Individually and as Executor
of the Estate of Doris W. Bohanan,

    Plaintiff

v.

GENERAL ELECTRIC CAPITAL
ASSURANCE COMPANY,

    Defendant

## JOINT LOCAL RULE 16.1 STATEMENT

Plaintiff David R. Bohanan and Defendant General Electric Capital Assurance Company having by their counsel conferred pursuant to Fed.R.Civ.P. 26(f) and Local Rule 16.1 hereby submit the following Joint Statement in connection with the Scheduling Conference on September 23, 2004.

1. **Matters To Be Discussed At Conference**: The parties will appear at the Scheduling Conference prepared to discuss the following issues: a proposed pre-trial schedule for the case that includes a plan for discovery; alternative dispute resolution; use of a Magistrate Judge; discovery limits; settlement; and any other raised in this Joint Statement.

2. **Pending Motions**: There are no Motions currently pending before the Court.

3. **Proposed Pretrial Schedule**: The parties have agreed on all dates within the below-listed pretrial schedule.

    (a)   Initial Disclosures: Initial disclosures under Fed.R.Civ.P. 26(a) shall be completed on or before October 31, 2004.

1

(b) <u>Fact Discovery Cut-Off</u>: All fact discovery (including interrogatories, requests for admissions, document requests and depositions) shall be completed on or before June 30, 2005.

(c) <u>Expert Witness Discovery</u>:

1. The Plaintiff shall designate expert witness(es) and produce expert affidavit(s) by July 31, 2005.

2. The Defendant shall designate expert witness(es) and produce expert affidavit(s) by September 15, 2005.

3. All expert depositions and written expert discovery shall be completed by October 31, 2005.

(c) <u>Motions</u>:

(1) Amendments to pleadings shall be filed in accordance with Fed.R.Civ.P. 15(a).

(2) Dispositive Motions shall be filed no later than November 30, 2005.

(d) <u>Pre-Trial Conference</u>. The parties will be prepared for a final pretrial conference at a date convenient for the Court.

4. **Discovery Event Limitations:** The parties agree to abide by the discovery event limitations contained in Local Rule 26.1(C). In the event either party believes that there is a need to exceed the limits of Local Rule 26.1(C), that party shall seek the Court's assistance to resolve any disagreement between the parties.

5. **Trial by Magistrate Judge:** The parties have not yet decided whether either of them would agree to a trial by a Magistrate Judge.

6. **Settlement**: Plaintiff has duly served his Local Rule 16.1(C) settlement statement on Defendant.

7. **Rules 16.1(D)(3) Certifications**: Counsel for the parties have conferred with their respective clients concerning establishing a budget for litigation and the use of alternative dispute resolution. The parties shall separately file their certifications required by Local Rule 16.1(D)(3).

8. **Modification of the Schedule**: All dates set forth herein may be modified by written agreement of the parties and approval of the Court, or upon motion to the Court for good cause shown.

Respectfully Submitted,

DAVID R. BOHANAN,
By his attorney,

_/s/ David R. Bohanan_
David R. Bohanan, Esq.
286 Boston Road
Sutton, MA 01590
(508) 865-7352


GENERAL ELECTRIC CAPITAL
ASSURANCE COMPANY,
By its attorney,

_/s/ Stephen A. Roach_
Stephen A. Roach, BBO # 542138
ROACH & WISE, LLP
31 State Street
Boston, Massachusetts 02109-2705
(617) 723-2800

Dated: September 15, 2004

3