UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-40259-FDS

DAVID R. BOHANAN, )
Individually and as Executor )
of the Estate of Doris W. Bohanan, )
)
Plaintiff )
v. )
)
GENERAL ELECTRIC CAPITAL )
ASSURANCE COMPANY, )
)
Defendant )

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF DEFENDANT GENERAL ELECTRIC CAPITAL ASSURANCE COMPANY

On behalf of the Defendant General Electric Capital Assurance Company ("General Electric"), pursuant to Local Rule 16.1 (D)(3), I hereby certify that I have conferred with General Electric's attorney, Stephen A. Roach, (a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Date: September 29, 2004

Name: Elaine G. Fishman
Title: Associate General Counsel
General Electric Capital Assurance Company

### CERTIFICATE OF SERVICE

I, Stephen A. Roach, Attorney for the Defendant General Electric Assurance Company hereby certify that on September 29, 2004 I served the within document by causing a copy of same to be mailed by first class mail to the attorney for the Plaintiff.

Stephen A. Roach