UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID R. BOHANAN,

        Plaintiff,                  CIVIL ACTION
v.                                    No.03-40259-FDS

GE CAPITAL ASSURANCE,

        Defendant,

_____

TAKE NOTICE That a proceeding in this case has been scheduled for the place, date, and time set forth below:

| | |
|---|---|
| U.S. District Court | **COURTROOM #1, 5th FLOOR** |
| 595 Main St. | **DATE AND TIME:** |
| Worcester, MA 01608 | **November 2, 2004, at 10:00 A.M.** |

_____
Type of Proceeding:


**MEDIATION**

**<u>ALL PARTIES WITH BINDING AUTHORITY MUST BE PRESENT!!</u>**


_____
                                    CHARLES B. SWARTWOOD, III
                                    MAGISTRATE JUDGE


<u>October 1, 2004</u>              /s/ Lisa B. Roland
Date                            Lisa B. Roland,
                                  Deputy Clerk
                                  (508) 929-9905