UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID R. BOHANAN,

        Plaintiff,               CIVIL ACTION
v.                                        No.03-40259-FDS

GE CAPITAL ASSURANCE,

        Defendant,

_____
TAKE NOTICE That a proceeding in this case has been scheduled for the place, date, and time set forth below:

| | |
|---|---|
| U.S. District Court | **COURTROOM #1, 5th FLOOR** |
| 595 Main St. | **DATE AND TIME:** |
| Worcester, MA 01608 | **December 2, 2004, at 10:00 A.M.** |

_____
Type of Proceeding:

**MEDIATION**

**<u>ALL PARTIES WITH BINDING AUTHORITY MUST BE PRESENT!!</u>**

_____
                                          CHARLES B. SWARTWOOD, III
                                          MAGISTRATE JUDGE

<u>November 5, 2004</u>                <u>/s/ Lisa B. Roland</u>
Date                                  Lisa B. Roland,
                                          Deputy Clerk
                                          (508) 929-9905