UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID R. BOHANAN, ) | CIVIL ACTION NO. 03-40259-FDS |
| Individually and as Executor ) | |
| of the Estate of Doris W. Bohanan, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| GENERAL ELECTRIC CAPITAL ) | |
| ASSURANCE COMPANY, ) | |
| ) | |
| Defendant ) | |

## JOINT MOTION TO CONTINUE MEDIATION DATE

Plaintiff David R. Bohanan and Defendant General Electric Capital Assurance Company hereby move to continue the mediation from November 30, 2004 to **December 2, 2004 at 10:00 a.m.** before Magistrate Judge Swartwood. As grounds for the Motion the parties state that they wish to engage in some limited discovery, the deposition of the Plaintiff, before the mediation and that a continuance will better accommodate the Defendant's representative who is traveling to Massachusetts from out of state.

Respectfully Submitted,

DAVID R. BOHANAN,
By his attorney,

_/s/ David R. Bohanan_
David R. Bohanan, Esq.
286 Boston Road
Sutton, MA 01590
(508) 865-7352

1

GENERAL ELECTRIC CAPITAL
ASSURANCE COMPANY,
By its attorney,


_____
Stephen A. Roach, BBO # 542138
ROACH & WISE, LLP
31 State Street
Boston, Massachusetts 02109-2705
(617) 723-2800

Dated: November 4, 2004