# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID R. BOHANAN, Individually and as Executor of the Estate of Doris W. Bohanan, Plaintiff, vs. GENERAL ELECTRIC CAPITAL ASSURANCE COMPANY, Defendant, | **CIVIL ACTION NO. 03-40259-FDS** |

## ORDER OF RECUSAL
### November 12, 2004

**SWARTWOOD, M.J.**


I am a Trustee and Beneficiary of a family trust that owns a substantial amount of General Electric stock.  Therefore, I am recusing myself as a Mediator in this case.




/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE