# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**DAVID R. BOHANAN,**
    **Plaintiff,**

    **v.**                      CIVIL ACTION NO. 03-40259-FDS

**GENERAL ELECTRIC CAPITAL**
**ASSURANCE COMPANY,**
    **Defendant.**

## *NOTICE OF MEDIATION*

COLLINGS, U.S.M.J.

Please take notice that a **MEDIATION** in the above-entitled case is scheduled for **10:30 A.M. on Wednesday, December 22, 2004**, with principals present, before the Honorable Robert B. Collings, United States Magistrate Judge at Courtroom 14, 5th floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, MA 02210.

                                      ROBERT B. COLLINGS
                                      United States Magistrate Judge
                      By:

                                      *Kathleen M. Dolan*
                                      Deputy Clerk
                                      617-748-9229

Date: November 23, 2004.

Notice sent to:
David R. Bohanan, Pro Se
Stephen A. Roach, Esquire

Case 4:03-cv-40259-FDS   Document 18   Filed 11/23/2004   Page 2 of 2