# United States District Court
# District of Massachusetts

DAVID R. BOHANAN, ETC.,
        Plaintiff,

v.                              CIVIL ACTION NO. 2003-40259-FDS

GENERAL ELECTRIC CAPITAL
    ASSURANCE COMPANY,
        Defendant.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

    On December 22, 2004, I held the following ADR proceeding:

\_\_\_\_\_ EARLY NEUTRAL EVALUATION    \_\_X\_\_ MEDIATION

\_\_\_\_\_ MINI-TRIAL    \_\_\_\_\_ SUMMARY JURY TRIAL

\_\_\_\_\_ SETTLEMENT CONFERENCE

    Plaintiff representing himself and defendant's counsel and representatives of the defendant were present.

[X]    Case was settled; a 60-day order should issue.


December 22, 2004                          *Robert B. Collings*
    DATE                                  ROBERT B. COLLINGS
                                              United States Magistrate Judge

Copy to:    Judge Saylor
                Amy Bressler Nee, Esquire,
                Messrs. Bohanan and Roach