UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Bohanan,</u>
       Plaintiff(s),

    V.

<u>General Electric Capital</u>
<u>Assurance Company,</u>
       Defendant(s),

CIVIL ACTION

NO. <u>03-40259-FDS</u>

## <u>SETTLEMENT ORDER OF DISMISSAL</u>

<u>Saylor, D. J.</u>

    The Court having been advised on   <u>December 22, 2004</u>   that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

  <u>December 30, 2004</u>  
      Date

  <u>/s/ Martin Castles</u>  
Deputy Clerk