UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-40259-FDS

DAVID R. BOHANAN, )
Individually and as Executor )
of the Estate of Doris W. Bohanan, )
)
        Plaintiff )
)
v. )
)
GENERAL ELECTRIC CAPITAL )
ASSURANCE COMPANY, )
)
        Defendant )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the Plaintiff, David R. Bohanan, Individually and as the Executor of the Estate of Doris W. Bohanan, and the Defendant, General Electric Capital Assurance Company, and, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that the above matter is dismissed with prejudice and without interest, costs, disbursements or attorneys' fees to any party. All rights of appeal are hereby waived.

DAVID R. BOHANAN,
Individually and as the Executor
of the Estate of Doris Bohanan,

_____
David R. Bohanan, Esq.
286 Boston Road
Sutton, MA 01590
(508) 865-7352

GENERAL ELECTRIC CAPITAL
ASSURANCE COMPANY,
By its attorney,

_____
Stephen A. Roach, BBO # 542138
ROACH & WISE, LLP
31 State Street
Boston, Massachusetts 02109-2705
(617) 723-2800

Dated: January 17, 2005